| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0860 4:16CR00124 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 25, 2022
Tammy H. Downs, Clerk
By: B. Dunlap D.C.
DEP CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dennis Delgado Caballero<br>3901 SW 109th Avenue<br>Unit E5<br>Miami, Florida 33165 | Eastern District of Arkansas | |
| | NAME OF SENTENCING JUDGE | |
| | Billy Roy Wilson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: August 26, 2021    TO: August 25, 2024 |

**OFFENSE**

Conspiracy to Commit Wire Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN DISTRICT OF ARKANSAS

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-2-2022
*Date*

*[signed]* Billy R. W[ilson]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb 23 2022
*Effective Date*

*[signed]* K. M. Moore
*United States District Judge*

INTERP

# U.S. District Court
## Eastern District of Arkansas (Central Division)
### CRIMINAL DOCKET FOR CASE #: 4:16-cr-00124-BRW-1

| | |
|---|---|
| Case title: USA v. Caballero et al | Date Filed: 06/08/2016 |
| Magistrate judge case number: 4:16-mj-00077-JTR | Date Terminated: 09/27/2018 |

Assigned to: Judge Billy Roy Wilson

### Defendant (1)

**Dennis Delgado Caballero**　　　represented by　**Molly K. Sullivan**
*TERMINATED: 09/27/2018*　　　　　　　　　　　Federal Public Defenders Office
　　　　　　　　　　　　　　　　　　　　　　　The Victory Building
　　　　　　　　　　　　　　　　　　　　　　　1401 West Capitol Avenue
　　　　　　　　　　　　　　　　　　　　　　　Suite 490
　　　　　　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　　　　　　501-324-6113
　　　　　　　　　　　　　　　　　　　　　　　Email: molly_sullivan@fd.org
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender or*
　　　　　　　　　　　　　　　　　　　　　　　*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349 and 18:3237 Conspiracy to Commit Wire Fraud (1s) | The defendant is sentenced to the Bureau of Prisons for 72 months. Supervised Release for 3 years. $100 Special Assessment. Restitution:$2,492,993.50. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1349 and 18:3237 Conspiracy to Commit Wire Fraud (1) | Dismissed on the Government's motion. |
| 18:1343 Wire Fraud (2-22) | Dismissed on the Government's motion. |
| 18:1343 Wire Fraud (2s-22s) | Dismissed on the Government's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| CMP 18:1343.F, 18:1349.F | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Hunter Bridges**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2620<br>Email: hunter.bridges@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Jana K. Harris**<br>U. S. Attorney's Office<br>Eastern District of Arkansas<br>Post Office Box 1229<br>Little Rock, AR 72203-1229<br>501-340-2600<br>Email: jana.harris@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2016 | 1 | MOTION to Seal Complaint and Arrest Warrant by USA as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. (smj) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/10/2016 | 2 | ORDER granting 1 Motion to Seal as to Jeniffer Valerino Nunez (1) and Dennis Delgado Caballero (2). Signed by Magistrate Judge J. Thomas Ray on 5/10/2016. (smj) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/10/2016 | 3 | COMPLAINT as to Jeniffer Valerino Nunez (1) and Dennis Delgado Caballero (2). (smj) (fcd). (Image file removed on 6/1/2016.)(thd) [4:16-mj-00077-JTR] (Entered: 05/11/2016) |
| 05/23/2016 | | Arrest of Dennis Delgado Caballero in Southern District of Florida. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |

| | | |
|---|---|---|
| 05/31/2016 | | Case unsealed as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. (fcd) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 05/31/2016 | 6 | Rule 5(c)(3) Documents Received from Southern District of Florida as to Dennis Delgado Caballero. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 05/31/2016 | 7 | WAIVER of Rule 5 and 5.1 Hearings received from Southern District of Florida as to Dennis Delgado Caballero. (smj) [4:16-mj-00077-JTR] (Entered: 05/31/2016) |
| 06/08/2016 | 8 | INDICTMENT as to Dennis Delgado Caballero and Jeniffer Valerino Nunez for counts 1, 2-22. (fcd) (Entered: 06/10/2016) |
| 06/13/2016 | 9 | ORDER OF RECUSAL in case as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Signed by Judge D. P. Marshall Jr. on 6/13/2016. (cby) (Entered: 06/13/2016) |
| 06/13/2016 | 10 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF REASSIGNMENT. Based on 9 Order, the Clerk's office has reassigned the case to Judge James M. Moody Jr. on 6/13/2016. (scw) (Entered: 06/13/2016) |
| 06/21/2016 | 11 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Shannon Tanner scheduled for Plea and Arraignment set for 06/22/2016 before Judge Magistrate Judge Beth Deere. (plm) (Entered: 06/21/2016) |
| 06/22/2016 | 13 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Emilia D'Auteuil scheduled for Plea and Arraignment set for June 22, 2016 before Judge Magistrate Judge Beth Deere. (plm) (Entered: 06/22/2016) |
| 06/22/2016 | 15 | CJA 23 Financial Affidavit (sealed) by Dennis Delgado Caballero (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 17 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Molly K. Sullivan for Dennis Delgado Caballero. Signed by Magistrate Judge Beth Deere on 6/22/2016. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 18 | ORDER APPOINTING INTERPRETER as to Dennis Delgado Caballero. Signed by Magistrate Judge Beth Deere on 6/22/2016. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 19 | Minute Entry for proceedings held before Magistrate Judge Beth Deere: Initial Appearance, Plea & Arraignment as to Dennis Delgado Caballero for counts 1,2-22 held on 6/22/2016. Not Guilty Plea entered by Defendant. AFPD Molly Sullivan, AUSA Hunter Bridges, ECRO Suzy Flippen. (cby) (Entered: 06/22/2016) |
| 06/22/2016 | 20 | NOTICE OF HEARING as to Dennis Delgado Caballero. Jury Trial set for 7/25/2016 at 9:15 AM in Little Rock Courtroom # 4A before Judge James |

|  |  | M. Moody Jr. (cby) (Entered: 06/22/2016) |
|---|---|---|
| 06/22/2016 | 26 | ORDER OF DETENTION as to Dennis Delgado Caballero. Signed by Magistrate Judge Beth Deere on 6/22/2016. (fcd) (Entered: 06/22/2016) |
| 06/23/2016 | 27 | Arrest Warrant Returned Executed on 6/9/2016 as to Dennis Delgado Caballero. (scw) (Entered: 06/23/2016) |
| 07/06/2016 | 29 | PRETRIAL DISCOVERY ORDER in case as to Dennis Delgado Caballero (1) and Jeniffer Valerino Nunez (2). Signed by Judge James M. Moody Jr. on 7/6/2016. (kog) (Entered: 07/06/2016) |
| 07/12/2016 | 30 | Unopposed MOTION to Continue *Jury Trial* by Dennis Delgado Caballero (Sullivan, Molly) (Entered: 07/12/2016) |
| 07/15/2016 | 31 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 1/23/2017 at 9:15 AM in Little Rock Courtroom # 4A as to Dennis Delgado Caballero & Jeniffer Valerino Nunez. Signed by Judge James M. Moody Jr. on 7/15/2016. (cby) (Entered: 07/15/2016) |
| 01/09/2017 | 33 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 7/31/2017 at 9:15 AM in Little Rock Courtroom # 4A as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Signed by Judge James M. Moody Jr. on 1/9/2017. (cby) (Entered: 01/09/2017) |
| 04/04/2017 |  | Judge update in case as to Jeniffer Valerino Nunez, Dennis Delgado Caballero. Judge Billy Roy Wilson added and Judge James M. Moody Jr. is no longer assigned to case. (cby) (Entered: 04/05/2017) |
| 04/04/2017 | 35 | MOTION to Seal Superseding Indictment as to all defendants (cby) (Entered: 04/06/2017) |
| 04/04/2017 | 36 | ORDER granting 35 Motion to Seal Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 4/4/2017. (cby) (kbc). (Entered: 04/06/2017) |
| 04/04/2017 | 37 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (kbc) (Entered: 04/06/2017) |
| 04/05/2017 | 34 | NOTICE OF HEARING as to Jeniffer Valerino Nunez and Dennis Delgado Caballero. Jury Trial reset for 8/1/2017 at 9:30 AM before Judge Billy Roy Wilson. (mmb) (Entered: 04/05/2017) |
| 04/20/2017 | 40 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Shannon Tanner scheduled for Plea & Arraignment set for 4/27/2017 before Judge Beth Deere. (cby) (Entered: 04/20/2017) |
| 04/21/2017 | 41 | MOTION to provide redacted copies as to all defendants. (cby) (cby). (Entered: 04/21/2017) |
| 04/21/2017 | 42 | ORDER granting 41 MOTION to provide redacted copies as to all defendants. Signed by Magistrate Judge Beth Deere on 4/21/2017. (cby) (cby). (Entered: 04/21/2017) |
|  |  |  |

| | | |
|---|---|---|
| 04/26/2017 | 44 | MOTION to unseal superseding indictment. (fcd) (cby). (Entered: 04/26/2017) |
| 04/26/2017 | 45 | ORDER granting 44 Motion to Unseal 37 Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 4/26/2017. (kbc) (Entered: 04/27/2017) |
| 04/27/2017 | 46 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CANCELED as to Dennis Delgado Caballero. Intepreter Shannon Tanner canceled for Plea and Arraignment set for April 27, 2017 before Judge Magistrate Judge Beth Deere. (plm) (Entered: 04/27/2017) |
| 04/27/2017 | 47 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Nicolas Durand scheduled for Plea and Arraignment set for April 27, 2017 before Magistrate Judge Beth Deere. (plm) (Entered: 04/27/2017) |
| 04/27/2017 | 54 | NOTICE OF HEARING as to Dennis Delgado Caballero. Change of Plea Hearing set for 5/4/2017 at 10:00 AM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 04/27/2017) |
| 04/27/2017 | 56 | Minute Entry for proceedings before Magistrate Judge Beth Deere: Plea & Arraignment as to Dennis Delgado Caballero held on 4/27/2017. Not Guilty Plea entered by Defendant on Counts 1s and 2s-22s. AUSA Hunter Bridges; AFPD Kim Driggers; Interpreter Nicolas Durand; ECRO Suzy Flippen. (kbc) (Entered: 04/28/2017) |
| 04/28/2017 | 55 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Javier Simancas scheduled for Change of Plea set for 10:00 a.m. before Judge Billy Roy Wilson. (plm) (Entered: 04/28/2017) |
| 05/04/2017 | 57 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Billy Roy Wilson: Change of Plea Hearing as to Dennis Delgado Caballero held on 5/4/2017. Plea entered by Dennis Delgado Caballero (1) Guilty to Count 1s. Counts 1, 2-22, 2s-22s were dismissed on the Government's motion. The Court marks the Plea Agreement as Ex. A and the Addendum as Ex. A-1 (Under Seal). Sentencing is set for Thursday, August 10, 2017 at 10:00 AM. Defendant is remanded to the custody of the USMS. AUSA: Hunter Bridges; AFPD: Molly Sullivan; Interpreter: Javier Simancas. (Court Reporter Christa Jacimore.) (mmb) Docket text modified on 5/5/2017 to correct typographical error. (kbc) (Entered: 05/04/2017) |
| 05/04/2017 | 58 | PLEA AGREEMENT as to Dennis Delgado Caballero. (mmb) (Entered: 05/04/2017) |
| 05/04/2017 | 59 | PLEA AGREEMENT ADDENDUM (under seal) re 58 Plea Agreement. (mmb) (Entered: 05/04/2017) |
| 05/04/2017 | 60 | NOTICE OF HEARING as to Dennis Delgado Caballero. Sentencing set |

| | | |
|---|---|---|
| | | for 8/10/2017 at 10:00 AM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 05/04/2017) |
| 06/09/2017 | 88 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Intepreter Shannon Tanner scheduled for a Sentencing set for August 10, 2017 before Judge Billy Roy Wilson. (plm) (Entered: 06/09/2017) |
| 08/03/2017 | 138 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF HEARING CANCELLED as to Dennis Delgado Caballero re 60 Sentencing. The hearing is cancelled due to transportation issues, after notification from the USMS. The hearing will be rescheduled for a later date. (mmb) (Entered: 08/03/2017) |
| 08/03/2017 | 139 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CANCELED as to Dennis Delgado Caballero. Intepreter Shannon Tanner canceled for the Sentencing set for 08/10/2017 before Judge Billy Roy Wilson. (plm) (Entered: 08/03/2017) |
| 06/06/2018 | 200 | NOTICE OF HEARING as to Dennis Delgado Caballero. Sentencing set for 9/26/2018 at 1:30 PM in Little Rock Courtroom # 389 before Judge Billy Roy Wilson. (mmb) (Entered: 06/06/2018) |
| 07/27/2018 | 211 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) INTERPRETER CONFIRMED as to Dennis Delgado Caballero. Interpreter Sandra Theodore scheduled for a Sentencing set for 09/26/2018 before Judge Billy Roy Wilson. (plm) (Entered: 07/27/2018) |
| 09/18/2018 | 224 | SEALED MOTION. (fcd) (Entered: 09/18/2018) |
| 09/26/2018 | 227 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge Billy Roy Wilson: Sentencing held on 9/26/2018 for Dennis Delgado Caballero (1), Count(s) 1s, The defendant is sentenced to the Bureau of Prisons for 72 months. Supervised Release for 3 years. $100 Special Assessment. Restitution:$2,492,993.50. Defendant is remanded to the custody of the USMS. AUSA: Hunter Bridges; AFPD: Molly Sullivan; USPO: Julie Graves; Interpreter: Sandra Theodore. (Court Reporter Margie Kruse.) (mmb) (Entered: 09/26/2018) |
| 09/27/2018 | 228 | JUDGMENT as to Dennis Delgado Caballero (1). Count 1s: The defendant is sentenced to the Bureau of Prisons for 72 months. Supervised Release for 3 years. $100 Special Assessment. Restitution:$2,492,993.50. Signed by Judge Billy Roy Wilson on 9/27/2018. (fcd) (Entered: 10/01/2018) |
| 12/03/2018 | 276 | Judgment Returned Executed as to Dennis Delgado Caballero on 11/27/2018. (fjg) (Entered: 12/03/2018) |
| 12/12/2018 | 280 | MOTION to Substitute Attorney by USA as to Jeniffer Valerino Nunez, Dennis Delgado Caballero, Yosvany Padilla, Ricardo Fontanella Caballero, Lazaro Hernandez Fleitas, Esequiel Bravo Diaz, Angel Chapotin Carrillo, Alejandro Valdes, Alfredo Echevarria Rios, Elio Carballo Cruz (Harris, |

|            |     | Jana) (Entered: 12/12/2018) |
|------------|-----|-----------------------------|
| 12/12/2018 | 281 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 280 Motion to Substitute Attorney as to All Defendants. Jana Harris is now counsel of record for the United States. Signed by Judge Billy Roy Wilson on 12/12/18. (mmb) (Entered: 12/12/2018) |
| 12/12/2018 | 282 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER WITHDRAWING SUBSTITUION of COUNSEL as to all defendants. The order is withdrawn as the motion 280 was filed in error. Hunter Bridges will remain counsel for the United States and is no longer terminated. Signed by Judge Billy Roy Wilson on 12/12/18. (mmb) (Entered: 12/12/2018) |

A TRUE COPY I CERTIFY

Tammy H. Downs, Clerk

By: B. Dunlap D.C. on **Feb 25, 2022**

For the United States District Court
Eastern District of Arkansas